Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)



RECEIVED

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

_____ Division

JUN 7 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JASON HEARNS
MARKUS BROWN
MARCEL LOFTON

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

C. Rob Tobin    Tricia Smith
Josh Versiges
Lisa Lombardo

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.

*(to be filled in by the Clerk's Office)*

18cv50195
Judge Frederick J. Kapala
Magistrate Judge Iain D. Johnston

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

(See Attached)

Name JASON Hearns
All other names by which you have been known:
ID Number 201300005605
Current Institution Boone County Jail
Address

601 N. Main St.      City Belvidere    State Il.    Zip Code 61008

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name Boone County States Attorney Josh Veulgse
Job or Title (if known)
Shield Number
Employer State of Il
Address

601 N. Main St.      City Belvidere    State Il.    Zip Code 61008
☒ Individual capacity   ☒ Official capacity

Defendant No. 2
Name Boone County States Attorney Lisa Lombardo
Job or Title (if known)
Shield Number
Employer State of Il.
Address

601 N. Main St.      City Belvidere    State Il    Zip Code 61008
☒ Individual capacity   ☒ Official capacity

Defendant No. 3
Name Boone County States Attorney Tricia Smith
Job or Title (if known) Boone Co States Attorney
Shield Number
Employer State of Illinois
Address 601. N. Main St
City Belvidere  State Illinois  Zip Code 61008
☐ Individual capacity  ☒ Official capacity

Defendant No. 4
Name Rob Tobin
Job or Title (if known) Judge (17th Judicial circuit of Illinois)
Shield Number
Employer State of Illinois
Address 601 N. Main St
City Belvidere  State Il.  Zip Code 61008
☒ Individual capacity  ☒ Official capacity

II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

We claim violation of our 8th Amendments rights against "excessive" bail.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows (check all that apply):

☒ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other (explain)

IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

On April 24th 2018 I was taken into custody. At that time I had a $3000.00 bond. I went before video court having been charged with probation violation and court supervision violation. At that time my bail was raised to $100,000.00. Violating my constitutionally protected rights.

C. What date and approximate time did the events giving rise to your claim(s) occur?

These events transpired on 26 April 2018.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Facts are that Josh Verslys in his capacity as States attorney as well as Rob Tobin in his capacity as judge did conspire to set my bail at $100,000.00. The States attorney based this amount off of my income. This violates my constitutionally protected rights

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would ask for punitive damages in the amount of my bail of $100,000.00 as well as anything else the court deems fitting and just.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Boone county jail

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

2. What did you claim in your grievance?

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   Issue claimed is outside the correctional facility scope of jurisdiction.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s)

      Defendant(s)

   2. Court *(if federal court, name the district; if state court, name the county and State)*

   3. Docket or index number

   4. Name of Judge assigned to your case

   5. Approximate date of filing lawsuit

   6. Is the case still pending?

      ☐ Yes

      ☐ No

      If no, give the approximate date of disposition.

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   No

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s)

    Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Case: 3:18-cv-50195 Document #: 1 Filed: 06/07/18 Page 11 of 13 PageID #:11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Jason R Hearns

Signature of Plaintiff Jason R. Hearns
Printed Name of Plaintiff JASON R HEARNS
Prison Identification # 2013 0060 5605
Prison Address

601 N. Main St

City Belvidere State IL Zip Code 61008

B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City     State     Zip Code

Telephone Number
E-mail Address

② Marcus Brown
WKA
000000005586
Boone County Jail
601 N. Main St Belvidere Il. 61008

IV <u>Statement of Claim</u>
I went to court on 11/17 I was taken into custody for possession with intent. Judge Tobin as well as States Attorney Lisa Lombardo set my bond at $300,000⁰⁰ rendering it impossible for me to get out. As of this date I have sat in Boone County Jail in excess of 6 months.

The date this occurred was November 2017 at approximately 9:30 am.

The underlying facts are that Lisa Lombardo in her capacity as States Attorney as well as Rob Tobin in his capacity as Judge did conspire to set bail so excessive that my constitutional right against "excessive" bail was wantonly and deliberately violated.

VI <u>Relief</u>
I would ask for punitive damages in the amount of $300,000⁰⁰ for the aggregious violation of my 8th amendment protection from excessive bail.

x /s/ Markus Brown
MARKUS BROWN
000000005586
601 W. Main St
Belvidere Il. 61008

③ Marcel Lofton
NKA
201800003254
Boone County Jail
601 N. Main St. Belvidere Ill. 61008

IV **Statement of Claim**

In April 2018 I was arrested for possession w/ intent. I went to court and States Attorney Lisa Lombardo asked for a $500,000.00 bond which was granted by Judge Rob Tobin. At a later date my bond was reduced to $350,000.00 making it impossible to secure my freedom as well as violating my 8th Amendment protection from excessive bail.

The date of these occurrences were April and May of 2018.

The underlying facts are that Rob Tobin in his capacity as Judge and Lisa Lombardo in her capacity as States Attorney did set bail so excessive violating my Constitutionally protected rights.

VI **Relief**

I would ask for punitive damages in the amount of $350,000.00 for the blatant disregard for my rights under the Constitution of the United States being trampled so blatantly.

x *Marcel Lofton*
MARCEL LOFTON
201800003254
601 N. Main St.
Belvidere Il. 61008